UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD LEWIS KING,

        Petitioner,                      Case No. 20-11273

v.

MIKE BROWN

        Respondent.
_____/

**JUDGMENT**

In accordance with the August 6, 2021 Opinion and Order Denying Petition for Writ of Habeas Corpus, Denying a Certificate of Appealability and Denying Motion for Release due to Covid-10

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Mike Brown and against Petitioner Leonard King.

Dated at Detroit, Michigan, this 6th day of August, 2021.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                BY: s/Lisa G. Wagner
                                    Lisa Wagner, Deputy Clerk
                                    and Case Manager to
                                    Judge Robert H. Cleland